# EXHIBIT B

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| THE STATE OF ILLINOIS, ex rel. Mark Lavery, <br><br>*Plaintiff-Relator*, <br><br>v. <br><br>NORTH AMERICAN DERIVATIVES EXCHANGE INC., d/b/a CRYPTO.COM DERIVATIVES NORTH AMERICA, <br><br>*Defendant*. | Case No. 2025L00545 |

**DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:     Clerk of the Circuit Court of Cook County, Illinois
50 W. Washington St., Room 801
Chicago, IL 60602

| | |
|---|---|
| Christopher V. Langone <br> 205 N. Michigan Ave., Suite 810 <br> Chicago, IL 60601 <br> 312-720-9191 <br> chris@langonelaw.com <br> Atty No. 42221 | Cory Aronovitz <br> Casino Law Group <br> 203 N. La Salle, #2104 <br> Chicago, IL 60601 <br> (312) 504-6154 <br> caronovitz@casinolawgroup.com |

Please take notice that Defendant North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America, on this 8th day of September, timely filed its Notice of Removal of the above-captioned case from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. A copy of the Notice of Removal and its exhibits is attached hereto.

1

Please be advised that the filing of such Notice of Removal within the United States District Court for the Northern District of Illinois, together with the filing of the Notice with the Clerk of the Circuit Court of Cook County, Illinois, effects the removal of this action.

Accordingly, this Circuit Court of Cook County, Illinois shall proceed no further with this action unless and until it is remanded. *See* 28 U.S.C. § 1446(d).

Dated: September 8, 2025        Respectfully submitted,

*/s/ Patrick M. Smith*
Patrick M. Smith
KATTEN MUCHIN ROSENMAN LLP (Firm ID 41832)
525 West Monroe Street
Chicago, IL 60661
310-788-4444
patrick.smith@katten.com

*/s/ Nowell D. Bamberger*
Nowell D. Bamberger (*pro hac vice forthcoming*)
Matthew C. Solomon (*pro hac vice forthcoming*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*

**CERTIFICATE OF SERVICE**

      I, Patrick M. Smith, an attorney, hereby certify under Section 1-109 of the Code of Civil Procedure that on September 8, 2025 I caused true and accurate copies of Defendant's Notice of Filing of Notice of Removal to be served electronically on the following on September 8, 2025:

Christopher V. Langone
205 N. Michigan Ave., Suite 810
Chicago, IL 60601
312-720-9191
chris@langonelaw.com
Atty No. 42221

Cory Aronovitz
Casino Law Group
203 N. La Salle, #2104
Chicago, IL 60601
(312) 504-6154
caronovitz@casinolawgroup.com

                                                */s/ Patrick M. Smith*_____
                                                 Patrick M. Smith