## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLIOIS

THE STATE OF ILLINOIS, EX REL. MARK LAVERY,

        *Plaintiff*,

    v.

NORTH AMERICAN DERIVATIVES EXCHANGE, INC. d/b/a CRYPTO.COM | DERIVATIVES NORTH AMERICA,

        *Defendant*.

Case No.: 25-cv-10815

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America ("CDNA"), by and through their undersigned counsel, hereby discloses and certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Foris DAX Markets, Inc. owns 5% or more of the issued and outstanding shares of common stock of CDNA. There are no other known interested parties who may have a direct, pecuniary interest in the outcome of the case, other than those parties participating in the case and identified in the Complaint.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusals.

Dated this 8th day of September, 2025.

        */s/ Patrick M. Smith*
        Patrick M. Smith (Illinois Bar No. 41832)
        KATTEN MUCHIN ROSENMAN LLP
        525 West Monroe Street
        Chicago, IL 60661
        310-788-4444

patrick.smith@katten.com


*/s/ Nowell D. Bamberger*
Nowell D. Bamberger (*pro hac vice forthcoming*)
Matthew C. Solomon (*pro hac vice forthcoming*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc.,*
*d/b/a Crypto.com | Derivatives North America*