IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ILLINOIS, ex rel. Mark Lavery,<br><br>*Plaintiff-Relator*,<br><br>v.<br><br>NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a CRYPTO.COM \| DERIVATIVES NORTH AMERICA,<br><br>*Defendant*. | Case No. 1:25-cv-10815<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim |

## JOINT STIPULATION TO REMAND

Plaintiff-Relator the State of Illinois, ex rel. Mark Lavery ("Relator") and Defendant North American Derivatives Exchange Inc., d/b/a Crypto.com | Derivatives North America ("Defendant") (together with Relator, the "Parties"), by and through their undersigned legal counsel, hereby stipulate and agree subject to this Court's approval, to remand this action to the Circuit Court of Cook County, Illinois and hereby state as follows:

WHEREAS, Defendant removed this action to this Court from the Circuit Court of Cook County, Illinois, on September 8, 2025;

WHEREAS, the Parties have conferred and agreed to request that this Court remand this matter to the Circuit Court of Cook County, Illinois where the action was originally commenced for all further proceedings;

WHEREAS, the Parties have agreed Defendant will answer or otherwise respond to the Complaint in the Circuit Court of Cook County Illinois no later than three business days after this

1

Court issues an order remanding the case to that court, pursuant to the Rules and subject to the orders of that Court;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that:

1. This action shall be remanded to the Circuit Court of Cook County, Illinois;

2. Defendant's September 15, 2025 deadline to answer the Complaint in this Court is adjourned, subject to further proceedings upon remand;

3. The Clerk of the Court shall mark this action closed; and

4. Each party will bear its own fees and costs.

Dated September 12, 2025.

Respectfully submitted,

| | |
|---|---|
| _Patrick Smith_ | _Christopher Langone_ |
| Patrick M. Smith | Christopher V. Langone |
| KATTEN MUCHIN ROSENMAN LLP | (Attny ID 42221) |
| (Firm ID 41832) | 205 N. Michigan Ave., Suite 810 |
| 525 West Monroe Street | Chicago, IL 60601 |
| Chicago, IL 60661 | 312-720-9191 |
| 310-788-444 | chris@langonelaw.com |
| patrick.smith@katten.com | |
| | Cory Aronovitz |
| *Attorney for Defendant* | CASINO LAW GROUP |
| | 203 N. La Salle, #2104 |
| | Chicago, IL 60601 |
| | 312-504-6154 |
| | caronovitz@casinolawgroup.com |
| | |
| | *Attorney for the State of Illinois, ex rel. Mark Lavery* |

2

## **CERTIFICATE OF SERVICE**

      I, Patrick M. Smith, an attorney, hereby certify under that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically to the following individuals:

Christopher V. Langone
205 N. Michigan Ave., Suite 810
Chicago, IL 60601
312-720-9191
chris@langonelaw.com Atty No. 42221

Cory Aronovitz Casino Law Group 203 N. La Salle, #2104
Chicago, IL 60601
(312) 504-6154
caronovitz@casinolawgroup.com

                                                    *Patrick M. Smith*
                                                    Patrick M. Smith