# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

The State Of Illinois, Ex Rel. Mark Lavery

    Plaintiff,

v.

    Case No.: 1:25−cv−10815

    Honorable John J. Tharp Jr.

North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr:Upon the parties' joint stipulation to remand [5], this case is remanded to the Circuit Court of Cook County. All deadlines in this court are terminated and each party shall bear its own costs with respect to the removal and remand of this action. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.