

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                                                        312-435-5670
Clerk

_____

Mariyana T. Spyropoulos, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re: _____
USDC Case Number: _____
Circuit Court Case Number: _____

Dear Clerk:

A certified copy of an order entered on _____ by the Honorable _____,
remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is
herewith transmitted to you for your files.

                          Sincerely yours,
                          Thomas G. Bruton, Clerk

                          By: /s/ _____
                              Deputy Clerk

Enclosure(s)

Rev. 10/05/2016